**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
NORTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER OF DETENTION PENDING HEARING** |
| | ) | |
| vs. | ) | |
| | ) | |
| Dusty Joan O'Berry, | ) | Case No. C4-05-024-02 |
| | ) | |
| Defendant. | ) | |
| | ) | |

___

It is hereby **ORDERED** that a hearing on the Government's Motion for Revocation of Conditional Release be scheduled for Friday, December 2, 2005, at 2:00 p.m. (Central Time) in Bismarck, North Dakota (courtroom #2).

It is **FURTHER ORDERED** that pending said hearing, the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultations with defense counsel.  On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

Dated this 30th day of November, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge